IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON GORRELL,

    Plaintiff,

vs.

ANTHONY HAYNES; SCOTT SCHLEDER; TOM ELLIS; K. LENNON; DAVID DANIELS; NINA WATSON; FRANK ADAIR; PETER LIBERO, M.D.; and GLENN A. CARRINO,

    Defendants.

CIVIL ACTION NO.: CV211-129

## ORDER

Plaintiff has filed a Supplemental Request for Appointment of Counsel. As Plaintiff is aware, there is no entitlement to appointed counsel in a civil case, such as this one. <u>Wahl v. McIver</u>, 773 F.2d 1169, 1174 (11th Cir. 1986); <u>Hardwick v. Ault</u>, 517 F.2d 295, 298 (5th Cir. 1975). Rather, the appointment of counsel is a privilege justified only by exceptional circumstances. <u>Wahl</u>, 773 F.2d at 1174. The Court finds no such circumstances in this case. Plaintiff's Supplemental Request for Appointment of Counsel (Doc. No. 62) is **DENIED**.

**SO ORDERED**, this 8th day of March, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)