IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON GORRELL,

    Plaintiff,

vs.

ANTHONY HAYNES; SCOTT SCHLEDER; TOM ELLIS; K. LENNON; DAVID DANIELS; NINA WATSON; FRANK ADAIR; PETER LIBERO, M.D.; and GLENN A. CARRINO,

    Defendants.

CIVIL ACTION NO.: CV211-129

## ORDER

Plaintiff filed a "Request for Status of Service by the U.S. Marshals Service on Defendants." (Doc. No. 60). A review of the Clerk's docket shows that U.S. Marshals Service Process Receipt and Returns have been returned executed for all defendants. To the extent Plaintiff's request is construed as a motion, it is **dismissed**.

SO ORDERED, this 8th day of March, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)