IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON GORRELL, :
    Plaintiff :
:
:
:
v : CIVIL ACTION NO.: CV211-129
:
:
FEDERAL BUREAU OF PRISONS, et al,:
    Defendants :
_____ :

**REQUEST FOR LEAVE TO FILE A THIRD AND FOURTH SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(d)**

TO THIS HONORABLE COURT.

    HERE COMES NOW, Wilson Gorrell, pro se, the Plaintiff in the above referenced matter before the Court, to request leave of the Court to file the attached THIRD and FOURTH SUPPLEMENTAL COMPLAINTS.

    The case before the Court was filed for injunction relief only, originally agains the Bureau of Prisons. It was construed by the Court as an action under 28 U.S.C. § 1331 and <u>Bivens v Six Unknown Named Agents of Fed. BUREAU OF NARCOTICS</u>, 403 U.S. 388 (1971). The Court on the request of the Government's counsel dismissed the action against the BOP, and granted the Plaintiff's request to add nine additional Defendants.

    The Plaintiff is submitting the attached supplemental complaints to expand the relief request to include allegations of constitutional violations and a corresponding request for monetary damages, and to add the United States of America as an additional Defendant in an action under the Federal Tort Claims Act and a corresponding request for relief.

WHEREFORE, for the above mentioned reasons, Plaintiff respectfully requests the leave of the Court to file the attached THIRD and FOURTH SUPPLEMENTS COMPLAINTS.

RESPECTFULLY SUBMITTED, in Jesup, Georgia, on this the 14th day of March, 2012.

_____
Wilson Gorrell, pro se
Reg. No. 56609-054
Federal Satellite Low
2600 Highway 301 South
Jesup, Georgai   31599

CERTIFICATE OF SERVICE

I certify that on this 14th day of March, 2012, I mailed a copy of REQUEST FOR LEAVE TO FILE A THIRD & FOURTH SUPPLEMENTAL COMPLAINT; THIRD SUPPLEMENTAL COMPLAINT AND MEMORANDUM OF LAW; and FOURTH SUPPLEMENTAL COMPLAINT/FEDERAL TORT CLAIM plus APPENDICES to the following:

> Mellisa Mundell
> A.U.S.A.
> P.O. Box 8970
> Savannah, georgia 31412


PROOF OF SERVICE FOR INSTITUTIONALIZED
OR INSTITUTIONALIZED LITIGANTS

I certify that this document was given to prison officials on this the 14th day of March, 2012 for forwarding to the United States District Court for the Southern District of Georgia, Brunswick Division. I certify under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated this the 14th day of March, 2012.

Wilson Gorrell, pro se
Reg. NO. 56609-054
Federal Satellite Low
2600 Highway 301 South
Jesup, Georgia 31599