# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

Scott L. Poff  　　　　　OFFICE of the CLERK　　　　　(912)280-1330
Clerk of Court  　　　　　　　P.O. Box 1636
　　　　　　　　BRUNSWICK, GEORGIA  31521

**MEMO TO DENOTE FILING DEFICIENCY AS TO FORM**

Date: March 16, 2012

To: Wilson Gorrell

Case: CV211-129 Gorrell v. Federal Bureau of Prisons, et al

Your pleading, <u>Plaintiff's Opposition to Defendant's Motion for a More Definite Statement</u>,

has been filed; however, it is deficient in the area(s) checked below:  [X] Corrective Actions Required or [ ] No actions required (Informative Only)

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

- [ ] 1. No certification as to parties has been filed. (L.R. 3.2). The L.R. 3.2 Certificate is the only mechanism to identify potential judicial conflicts.
- [ ] 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.
- [ ] 3. Original and one copy of the complaint should be submitted together with one copy for each defendant served. (L.R. 4.1)
- [ ] 4. Original and one copy of all pleadings required. (L.R. 4.2)
- [ ] 5. Pleading is not signed. (L.R. 11.1)
- [X] 6. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)
- [ ] 7. Motion is not in compliance with Local Rules.
    - [ ] a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
    - [ ] b. No statement of opposition of non-opposition as submitted.
    - [ ] c. Separate proposed order was not attached (L.R. 7.1)
    - [ ] d. No good faith certificate was submitted. (L.R. 26.7)
- [ ] 8. Document was not filed electronically using CM/ECF (See Administrative Procedures)
- [ ] 9. Motions Document contained request for multiple relief but was not selected during electronic filing. (L R Policy)
- [ ] 10. _____

After 14 days a notice of noncompliance with the Local Rules will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact your nearest clerk's office.