IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON GORRELL,

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: CV211-129

ANTHONY HAYNES; SCOTT
SCHLEDER; TOM ELLIS; K.
LENNON; DAVID DANIELS;
NINA WATSON; FRANK ADAIR;
PETER LIBERO, M.D.; and
GLENN A. CARRINO,

　　　　Defendants.

## ORDER

Plaintiff Wilson Gorrell ("Gorrell"), an inmate currently incarcerated at the Federal Satellite Low in Jesup, Georgia ("FSL Jesup"), filed an action under 28 U.S.C. § 1331 and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), naming the Bureau of Prisons ("BOP") as Defendant[1] and seeking injunctive relief under the All Writs Act, 28 U.S.C. § 1651. (Doc. No. 1). Gorrell amended his Complaint, which made factual allegations against eight FSL Jesup employees, to add those FSL Jesup employees as Defendants. (Doc. Nos. 25, 30, 30-1). Gorrell amended his Complaint a second time to make factual allegations against a ninth FSL Jesup employee and to name that ninth employee as a Defendant. (Doc. Nos. 30, 30-1, 38). Gorrell amended his Complaint a third time to add claims pursuant to the Federal

---

[1] Gorrell's claims against the BOP were dismissed for lack of subject matter jurisdiction. (Doc. No. 51).

Rehabilitation Act and the Americans with Disabilities Act. (Doc. Nos. 32, 32-1). At this point, Gorrell still sought injunctive relief only.

Defendants filed a Motion for More Definite Statement. (Doc. No. 61). Gorrell filed a Response, (Doc. No. 63), and Defendants filed a Reply, (Doc. No. 66).

Next, Gorrell filed a Motion for Leave to File a Third and Fourth Supplemental Complaint.[2] (Doc. No. 67). Gorrell's proposed Third Supplemental Complaint seeks to add claims for money damages against the nine current Defendants. Gorrell's Fourth Supplemental Complaint alleges negligence by the United States and the Federal Bureau of Prisons and is filed pursuant to the Federal Tort Claims Act.

Following that, Defendants filed a Supplemental Brief in Support of their Motion for More Definite Statement. (Doc. No. 69). The Court, in an Order dated March 26, 2012, granted Defendants' Motion for More Definite Statement and denied Gorrell's Motion for Leave to File a Third and Fourth Supplemental Complaint. (Doc. No. 71). Three days later, Gorrell's Supplemental Opposition and Reply to Defendant's Motion for More Definite Statement was docketed. (Doc. No. 73).

Gorrell filed a Motion for Reconsideration asking the undersigned to vacate the Order dated March 26, 2012. (Doc. No. 74). Defendants filed a Response in Opposition to Gorrell's Motion for Reconsideration. (Doc. No. 75).

Gorrell's current Complaint, as amended, consists of seven separate documents. (Doc. Nos. 1, 25, 30, 30-1, 32, 32-1, 38). It is approximately 35 pages. It contains lengthy recitations of law on many different topics; it does not clearly link theories of liability to specific Defendants and their alleged actions. Gorrell's Third and Fourth

---

[2] It should be noted that Gorrell has already amended his Complaint three times, so he has really requested leave to amend a fourth and fifth time.

Supplemental Complaints have not been docketed; but according to Defendants, who have received the documents from Gorrell, those documents are 89 pages and 19 pages, respectively. (Doc. No. 69, p. 1). Aside from its length, Gorrell's Fourth Supplemental Complaint might contain allegations that would not be properly joined to his current action.

Gorrell's Motion for Reconsideration, (Doc. No. 74), is **DENIED**. The Order dated March 26, 2012, (Doc. No. 71), shall remain the Order of the Court.

**SO ORDERED**, this 5th day of April, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)