UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| WILSON GORRELL<br>Reg. No. 56609-54 | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CASE NO.: CV211-129 |
| ANTHONY HAYNES; SCOTT SCHLEDER; TOM ELLIS; K. LENNON; DAVID DANIELS; NITA WATSON; FRANK ADAIR; PETER LIBERO, M.D.; and GLENN A. CARRINO | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE**

**TAKE NOTICE** that the above-entitled case is set for Hearing on Defendant's Motion for More Definite Statement before **James E. Graham, United States Magistrate Judge**, at 11:00 a.m., on Thursday, April 12, 2012, in Courtroom 2, Federal Building, 801 Gloucester Street, Brunswick, Georgia.

SCOTT L. POFF, CLERK

By: *Robbi Atkins* (signature)
Robbi Atkins
Courtroom Deputy Clerk
912-280-1334

Date: April 5, 2012

TO:   Magistrate Judge Graham
U.S. Marshal, Brunswick - Savannah
Court Security Officer
Sherry Taylor
Jerry Lowe
Law Clerks
Wilson Gorrell
Melissa Mundell